UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARKADII RAMONOV,

     Petitioner,

v.

Kristi Noem, Secretary, U.S. Department
of Homeland Security, et al.,

     Respondents.

Civil No. 25-cv-14063
Hon. Matthew F. Leitman

---

**STIPULATED ORDER TRANSFERRING CASE
TO THE WESTERN DISTRICT OF MICHIGAN**

---

The parties dispute whether the Eastern District of Michigan has jurisdiction over this matter, but both parties agree that the Western District of Michigan has jurisdiction.  In order to conserve limited party and judicial resources, and in order to allow for the prompt resolution of this matter, the parties stipulate to the transfer of this case to the Western District of Michigan. Accordingly,

IT IS HEREBY ORDERED that this matter be transferred to the Western District of Michigan.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2025

**Stipulated and Agreed to By:**

Law Office of Elzara Eminova


*/s/ Elzara Eminova (w/ consent)*
Elzara Eminova
800 E Northwest Hwy
Suite 602
Palatine, IL 60074
(773) 999-2695
elzara@eminova-law.com

*Attorney for Petitioner*

Dated: December 18, 2025



Jerome F. Gorgon
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Respondents*

Dated: December 18, 2025